■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE BROWN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County

Court, Parenti, J.—Criminally Negligent Homicide.) Present—Callahan, J. P., Boomer, Pine, Lawton and Fallon, JJ.